# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### NO. 03-07-00042-CR
### NO. 03-07-00043-CR
---

**Joe Louis Ruiz, Appellant**

**v.**

**The State of Texas, Appellee**

---
### NO. 03-07-00044-CR
---

**Jose Louis Ruiz, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT**
**NOS. A-06-0707-S, A-06-0708-S & B-04-1112-S**
**HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

A jury found appellant Joe (Jose) Louis Ruiz guilty of aggravated assault with a deadly weapon (cause number A-06-0707-S) and assault on a family member, subsequent offense

(cause number A-06-0708-S). *See* Tex. Penal Code Ann. § 22.01(a)(1), (b)(2), § 22.02(a)(2) (West Supp. 2007). The trial court assessed punishment for the aggravated assault at imprisonment for twenty years and for the family assault at imprisonment for seven years. In addition, the court adjudicated appellant guilty of burglary of a building, an offense to which appellant had previously pleaded guilty and for which he had been placed on deferred adjudication supervision (cause number B-04-1112-S). *See id*. § 30.02 (West 2003). The court assessed punishment for the burglary at 730 days in state jail.

Appellant's court-appointed attorney filed a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of his right to examine the appellate records and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's brief and agree that the appeals are frivolous and without merit. We find nothing in the records that might arguably support the appeal. Counsel's motion to withdraw is granted.

The judgments of conviction are affirmed.


_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Affirmed

Filed:   January 9, 2008

Do Not Publish